IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMONICK PEOPLES, | : | |
| | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| | : | NO. 17-4444 |
| THERESA DELBASO, et al., | : | |
| | : | |
| Respondents. | : | |

O R D E R

AND NOW, this 7th day of August, 2018, upon consideration of Petitioner's pro se Motion to Stay and Hold Proceedings in Abeyance (Doc. No. 2), Respondent's Reply (Doc. No. 16) and Petitioner's later filed counseled Motion for Stay and Abeyance (Doc. No. 18), it is hereby ORDERED:

(1) Petitioner's pro se Motion for Stay in Abeyance (Doc. No. 2) is hereby DENIED as moot since he is now represented by counsel who has since filed a counseled Motion to Stay; and

(2) Petitioner's Motion to Stay the Petitioner's 28 U.S.C. 2254 petition (Doc. No. 18) is hereby GRANTED and the case shall be stayed and placed in abeyance; and

(3) Petitioner shall have 30 days from the date that the Petitioner has exhausted his claims in the state courts to advise this Court that the petition is to be re-activated.

BY THE COURT:

/s/ Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE