IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMINICK PEOPLES, | : | |
| Petitioner, | : | |
| v. | : | No. 2:17-cv-04444 |
| | : | |
| THERESA DELBASO, *et al.*, | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this 2nd day of December, 2021, after de novo review of Petitioner Dominick Peoples' Amended Petition for Writ of Habeas Corpus, ECF No. 30; and upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Henry S. Perkin, ECF No. 38, Peoples' Objections to the R&R, ECF No. 41; and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 38, is **APPROVED** and **ADOPTED**;

2. The Objections, ECF No. 41, to the Report and Recommendation are **OVERRULED**;

3. The Amended Petition, ECF No. 30, is **DENIED and DISMISSED with prejudice as follows**:

    a. Claims one,[1] four, five, and six[2] are **DISMISSED.**

    b. Claims two and three are **DENIED**.

4. There is no basis to issue a certificate of appealability; and

5. The case is **CLOSED**.

BY THE COURT:
*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The claims referenced in this Order mirror the claims as they are enumerated in Petitioner's Amended Complaint. *See* ECF No. 30.

[2] Claim six refers to Petitioner's cumulative error claim, which directly follows claim "V," but is listed as claim "VIII" for some reason, likely a typographical error. *See* ECF No. 30 p. 54.