UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMINICK PEOPLES, | : | |
|                 Petitioner, | : | |
| | : | |
| v. | : | No. 2:17-cv-04444 |
| | : | |
| THERESA DELBASO, *et al.*, | : | |
|                 Respondents. | : | |

**O R D E R**

**AND NOW**, this 2nd day of February, 2022, upon consideration of Plaintiff's motion for reconsideration and an extension, *see* Mot., ECF No. 51, and for the reasons set forth in the Opinion issued this date, the Motion is **GRANTED in part and DENIED in part as follows**:

1. Plaintiff's request for this Court to reconsider its Opinion and Order issued on December 2, 2022, is **denied**. *See* ECF No.'s 47 and 48.

2. Plaintiff's request for additional discovery is **denied**.

3. Plaintiff's request for an extension is **granted**. Plaintiff has **14 days from the date of this Order** to file an application for a certificate of appealability with the Third Circuit Court of Appeals.[1]

4. This case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Contrary to Petitioner's assumption, his Motion for Reconsideration did not stay his deadline to file an appeal. *See* R. 11(a) Cases Gov'g 2254 Cases. Nevertheless, the Court gives Petitioner an additional 14 days to file an application for a certificate of appealability, which is the most it can allow. *See* Fed. R. App. P. 4(a)(5)(C).